JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> KINETIC SYSTEMS, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. CV 10-00493 DMG (AGRx)

**JUDGMENT**

Pursuant to the Court's Order re Parties' Cross-Motions for Summary Judgment, filed on November 30, 2011, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Kinetic Systems, Inc. and against Plaintiff St. Paul Fire and Marine Insurance Company, which shall take nothing.  Defendant is awarded reasonable costs.

**IT IS SO ORDERED**.

DATED:     December 1, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-